UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.  CASE NO. 8:16-CR-78-T-17MAP

ANIBAL ANGEL RIOS-MULERO
   a/k/a "Anibal Angel Rios"
   a/k/a "Levi"

_____/

ORDER

This cause is before the Court on:

Dkt. 21   Emergency Motion for Furlough and Release of Defendant to the Custody of the United States Marshal For One Day So That Defendant Can Attend the Funeral of His Brother

Defendant Anibal Angel Rios-Mulero is in custody at the Pinellas County Jail. Defendant Rios-Mulero was arrested on April 13, 2016, and arraigned on April 13, 2016. (Dkt. 7). A Detention Order (Dkt. 10) has been entered in which the Magistrate Judge determined that Defendant should be detained without bail.

Defendant Rios-Mulero has been charged as follows:

| | |
|---|---|
| Count One | Violation of 18 U.S.C. Secs. 922(g)(1) and 924(a)(2) (knowing possession of ammunition by convicted felon) |
| Count Two | Violation of 18 U.S.C. Secs. 922(g)(1) and 924(a)(2) (knowing possession of ammunition and firearms by convicted felon) |
| Count Three | Violation of 21 U.S.C. Secs. 841(a)(1) and 841(b)(1)(C) (knowing possession with intent to distribute a quantity of mixture and substance containing a detectable amount of heroin) |
| Count Four | Violation of 18 U.S.C. Sec. 924(c)(1)(A)(i) (knowing possession of firearm in furtherance of drug trafficking crime) |

Case No. 8:16-CR-78-T-17MAP

(Dkt. 5, Superseding Indictment).

The funeral of Defendant Rios-Mulero's brother is scheduled on Saturday, October 8, 2016 at Oak Hill Missionary Church, 4202 East Palifox Street, Tampa, FL, 33610 at 11:00 a.m.

Defendant Rios-Mulero requests that the Court grant a furlough for Defendant to attend the funeral from 11:00 a.m. to 12:00 p.m. Upon a court order, the U.S. Marshal will transport and escort an inmate to a specified location for up to two hours. The U.S. Marshal requires payment of approximately $100 per hour to cover the cost of two deputy marshals, plus mileage. The U.S. Marshal will permit Defendant Rios-Mulero to attend the funeral only, and then return Defendant to Pinellas County Jail.

Defendant Rios-Mulero seeks a furlough for a time span of three to four hours. Defendant Rios-Mulero estimates the approximate cost of the furlough to be $500.00-$600.00, and says the cost of the furlough would be paid by Defendant's family. The contact person to secure payment is Sherica Comer, Defendant's Aunt, at 813-679-4285.

The Government is neutral as to Defendant's Emergency Motion, so long as Defendant's attendance at the funeral is in compliance with the U.S. Marshal Service's practice and procedure.

After consideration, the Court **conditionally grants** Defendant Anibal Rios-Mulero's Emergency Motion for Furlough and Release of Defendant to the Custody of the U.S. Marshal. This Order is **conditioned on** Defendant's family making satisfactory arrangements for payment in advance by to the U.S. Marshal for Defendant Rios-Mulero's furlough to attend the funeral only scheduled from 11:00 a.m. to 12:00 p.m. on Saturday, October 8, 2016, at Oak Hill Missionary Church, 4202 East Palifox St.,

Case No. 8:16-CR-78-T-17MAP

Tampa FL, 33610, and then Defendant's return to Pinellas County Jail. Accordingly, it is

**ORDERED** that Defendant Anibal Rios-Mulero's Emergency Motion For Furlough and Release of Defendant to the Custody of the United States Marshal For One Day so the Defendant Can Attend the Funeral of His Brother (Dkt. 21) is **conditionally granted**. This Order is **conditioned upon** Defendant's family, Sherica Comer, 813-679-4285, making satisfactory arrangements for payment in advance to the U.S. Marshal for Defendant Rios-Mulero's furlough to attend the funeral only scheduled from 11:00 a.m. to 12:00 p.m. on Saturday, October 8, 2016 at Oak Hill Missionary Church, 4202 East Palifox St., Tampa FL, 33610, and then Defendant's return to Pinellas County Jail. If satisfactory arrangements for payment **are not made by 3:00 p.m. on Friday, October 7, 2016,** Defendant's Emergency Motion will be deemed denied.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 5 day of October, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Marshal

3