UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v. CASE NO. 8:16-CR-78-T-17MAP

ANIBAL ANGEL RIOS-MULERO.

______________________________/

## ORDER

This cause is before the Court on:

Dkt. 21 Motion for Emergency Furlough
Dkt. 22 Order Conditionally Granting Emergency Motion for Furlough

The U.S. Marshal has notified the undersigned that the current policy of the U.S. Marshal is for the U.S. Marshal to make direct arrangements for a defendant on furlough to view a decedent with no one else present, at some time other than the funeral or wake. The cost of the services of the U.S. Marshal is $900.00 plus mileage; the cost of the requested furlough for Defendant Rios-Mulero is expected to be approximately $1,500.00. Satisfactory arrangements for payment in advance must be made.

After consideration, the Court **vacates** the prior Order (Dkt. 22). The Court **denies** the Emergency Motion for Furlough **without prejudice.** (Dkt. 21).

Case No. 8:16-CR-78-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 6th day of October, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Marshal