UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.                                          CASE NO. 8:16-CR-78-T-17MAP

ANIBAL ANGEL RIOS-MULERO.

_____/


# ORDER

This cause is before the Court on:

Dkt. 24     Second Emergency Motion for Furlough

Defendant Anibal Angel Rios-Mulero requests an order granting Defendant's request for Defendant's release into the custody of a third-party custodian, Defendant's aunt, to attend the funeral of Defendant's brother from 11:00 a.m. to 12:00 p.m. on Saturday, October 8, 2016.

Defendant Rios-Mulero is detained without bond. (Detention Order, Dkt. 10). Defendant Rios-Mulero did not rebut the presumption that no condition of release, or combination of conditions of release, will reasonably assure the appearance of Defendant, or the safety of the community, if the Court finds there is probable cause to believe that the offense has been committed. The Court found probable cause has been established to believe that Defendant committed the offenses charged in the Indictment (Dkts. 1, 5).

After consideration, the Court denies the Second Emergency Motion for Furlough. Accordingly, it is

ORDERED that Defendant Rios-Mulero's Second Emergency Motion for Furlough (Dkt. 24) is denied.

Case No. 8:16-CR-78-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 7th day of October, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
U.S. Marshal