UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:16-cr-78-T-17MAP

ANIBAL ANGEL RIOS-MULERO
    a/k/a "Anibal Angel Rios"

**PRELIMINARY ORDER OF FORFEITURE**

The defendant pleaded guilty to being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1), and with possession of firearms in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c), and the Court adjudged him guilty of these offenses.

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for (a) a black, Taurus, Model PT738 TCP, .380 caliber pistol, with serial number 12024C, (b) a silver, Jennings, Model J-22, .22 caliber pistol, with serial number 570343, and (c) 40 rounds of Federal .380 caliber ammunition.

The United States has established the required connection between the crimes of conviction and the assets. Because the United States is entitled to forfeit the property, the motion is GRANTED. Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of

CASE NO. 8:16-CR-78-T-17MAP

Criminal Procedure, the assets described above are FORFEITED to the

United States of America for disposition according to law, subject to the

provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition

of the assets sought by the government.

DONE and ORDERED in Tampa, Florida, this 7th day of November,

2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2