UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-78-T-17MAP

ANIBAL ANGEL RIOS-MULERO
    a/k/a "Anibal Angel Rios"

**FINAL ORDER OF FORFEITURE**

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final order of forfeiture for the following assets which were subject to a November 7, 2017 preliminary order of forfeiture (Doc. 54):

    (a)    a black, Taurus, Model PT738 TCP, .380 caliber pistol, with serial number 12024C;

    (b)    a silver, Jennings, Model J-22, .22 caliber pistol, with serial number 570343; and

    (c)    40 rounds of Federal .380 caliber ammunition.

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from November 8, 2017 through December 7, 2017, the United States published at www.forfeiture.gov notice of the forfeiture and of its intent to dispose of the assets. (Doc. 54). The publication notified each interested third-party to file a petition to adjudicate their interest within sixty days of the first day of publication with the Office of

CASE NO. 8:16-CR-78-T-17MAP

the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

The United States' motion is GRANTED. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are CONDEMNED and FORFEITED to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

DONE and ORDERED in Tampa, Florida, this 9th day of January, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2