UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:16-CR-78-T-17MAP

ANIBAL ANGEL RIOS-MULERO.

_____/

ORDER

This cause is before the Court on:

Dkt. 69    Motion to Proceed In Forma Pauperis

Defendant Anibal Angel Rios-Mulero, pro se, requests that the Court grant Defendant's Motion to provide "revised transcripts" to Defendant at no cost.

The Court notifies Defendant Rios-Mulero that there is no written transcript of Defendant's change-of-plea hearing or sentencing. In any case, the Court could not revise those transcripts. The Clerk of Court has complied with the Court's prior Order as to Defendant's Plea Agreement. (Dkt. 68).

In the absence of a pending appeal, and a pending Section 2255 Petition, it is premature for the Court to provide copies of transcripts without cost pursuant to 28 U.S.C. Sec. 753(f).

After consideration, the Court denies Defendant Rios-Mulero's Motion to Proceed in Forma Pauperis without prejudice. Accordingly, it is

**ORDERED** that Defendant Anibal Angel Rios-Mulero's Motion to Proceed In Forma Pauperis (Dkt. 69) is **denied without prejudice.**

CASE NO. 8:16-CR-78-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 14th day of August, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

AUSA Simon Gaugush

<u>Pro</u> <u>Se</u> Defendant:

Anibal Angel Rios-Mulero
Reg. # 66957-018
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills, WV     26525